Edith A. Brown, Appellant, v. William A. Brown,
Appellee.

Gen. No. 43,221.

468

Heard in the third division, first district, this court at the October term, 1944; opinion filed June 29, 1945; released for publication July 24, 1945. George Yellen and Louis Z. Grant, for appellant; Beckman, Healy, Reid & Hough, for appellee; Leonard C. Reid and Ira W. Hurley, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.